IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MICHAEL A. DEAN, et al.,                    )
                                            )
                Plaintiffs,                 )
                                            )
                                            ) Case No.: 6:07-CV-03298-GAF
v.                                          )
                                            )
SUPT. MICHAEL BOWERSOX, et.al.,             )
                                            )
                Defendants.                 )

---

## PLAINTIFF"S EXHIBITS L-S

---



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

*L-1*

| INSTITUTION |
|---|
| **SCCC** |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**Contains a Poster**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **National Geographic Society** | **06/23/09** |

| TITLE |
|---|
| **National Geographic** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **July-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **Claudia Malley** | **Vol 216, NO 1** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *[signature]* | *6-23-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| *[signature]* | *6-23-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| *(680)* | |

MO 931-3485 (1-01)

DISTRIBUTION: **WHITE** - CLASSIFICATION FILE; **CANARY** - OFFENDER **PINK** - CENSORED MATERIAL; **GOLDENROD** - CENSORSHIP COMMITTEE

DIVISION OF ADULT INSTITUTIONS
SOUTH CENTRAL CORRECTIONAL CENTER
APPEAL RESPONSE

TO:   Patrick Edmonds  #1115819

VS:   SCCC

LOG #:  SCCC-09-1478

CATEGORY:   2 - Activities

DATE:   August 25, 2009

I am in receipt of your appeal dated 08-18-09 regarding your complaint your July 2009 publication of National Geographic was censored.  You challenge this censorship and the regulation prohibiting you from having the poster. You feel they should just remove the poster and give you the rest of the magazine.  You request the publication be returned to you.

Your complaint and pertinent information have been reviewed.  This publication has been reviewed by the MDOC Legal Department.  It has been determined the material contains unauthorized property which could endanger or threaten institutional security. Your requested remedy will not be forthcoming at this time.

Appeal denied.

08-21-09
DATE
RECEIVED

08-25-09
DATE
REVIEWED

DWAYNE V. KEMPKER
DEPUTY DIVISION DIRECTOR
DIVISION OF ADULT INSTITUTIONS

DK:gc

681



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

*M-1*

| INSTITUTION | |
|---|---|
| **SCCC** | |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**Contains a Poster**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **05/21/09** |

| TITLE | |
|---|---|
| **Easy Riders** | |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **July-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **NO. 433** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *John Nap* | 5-2(-09) |
| COMMITTEE MEMBER | DATE |
| *Serena Balling* | 5-22-09 |
| COMMITTEE MEMBER | DATE |

(682)

MO 931-3485 (1-01)   DISTRIBUTION:   WHITE - CLASSIFICATION FILE;   CANARY - OFFENDER   PINK - CENSORED MATERIAL;

DIVISION OF ADULT INSTITUTIONS
SOUTH CENTRAL CORRECTIONAL CENTER
APPEAL RESPONSE


TO:     Patrick Edmonds   #1115819

VS:     SCCC

LOG #:  SCCC-09-1204

CATEGORY:   2 - Activities

DATE:   August 10, 2009


I am in receipt of your appeal dated 07-24-09 regarding your complaint your July 2009 publication of Easyriders no. 433 was censored. You contend it does not meet the criteria of the clear and present danger test. You want to know why they can't just remove the poster and give you the rest of the magazine. You request the publication be returned to you.

Your complaint and pertinent information have been reviewed. This publication has been reviewed by the MDOC Legal Department. It has been determined the material contains unauthorized property which could endanger or threaten institutional security. Your requested remedy will not be forthcoming at this time.

Appeal denied.


<u>07-30-09</u>          <u>08-10-09</u>
DATE                  DATE                    _____
RECEIVED              REVIEWED                DWAYNE V. KEMPKER
                                              DEPUTY DIVISION DIRECTOR
DK:gc                                         DIVISION OF ADULT INSTITUTIONS


(683)


STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

N-1

| INSTITUTION | | |
|---|---|---|
| **SCCC** | | |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMUNDS, PAT** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**Contains 1 Poster**

**#1-Promotes violence, disorder or the violation of state or federal law including inflammatory material. Penthouse, Anniversary 2009, pg 12**

| MATERIAL TYPE **Penthouse Magazine** | DATE RECEIVED **07/30/09** |
|---|---|

| TITLE **Penthouse** | |
|---|---|

| AUTHOR **Various** | PUBLICATION DATE **Anniversary 2009** |
|---|---|

| PUBLISHER **James Sullivan** | SERIES/VOLUME NUMBER **Anniversary 2009** |
|---|---|

| COMMITTEE CHAIRPERSON | DATE 7-30-09 |
|---|---|
| COMMITTEE MEMBER | DATE 7-30-09 |
| COMMITTEE MEMBER | DATE |

684

DIVISION OF ADULT INSTITUTIONS
SOUTH CENTRAL CORRECTIONAL CENTER
APPEAL RESPONSE

TO:    Patrick Edmonds  #1115819

VS:    SCCC

LOG #:  SCCC-09-1894

CATEGORY:   2 - Activities

DATE:    October 20, 2009


I am in receipt of your appeal dated 09-21-09 regarding your complaint your 2009 anniversary publication of Penthouse was censored. You are challenging the censorship and the regulation prohibiting posters as free items. You state you are not being allowed to view the offending article so you can argue the validity of the censorship. You request the publication be returned to you.

Your complaint and pertinent information have been reviewed. This publication has been reviewed by the MDOC Legal Department. It has been determined the material contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law. MDOC Legal Department also agreed with the determination of the institutional censorship committee in finding the issue promoted violence. Your requested remedy will not be forthcoming at this time.

Appeal denied.


09-28-09               10-20-09
DATE                   DATE                 DWAYNE V. KEMPKER
RECEIVED               REVIEWED             DEPUTY DIVISION DIRECTOR
                                            DIVISION OF ADULT INSTITUTIONS

DK:gc

685



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

INSTITUTION
**SCCC**

O-1

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:
~~Contains a Poster~~

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **06/24/09** |

TITLE
**Easyriders**

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **August-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Vol 39 NO 434** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| | 6-25-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | 6-24-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | |

(686)

MO 931-3485 (1-01)     DISTRIBUTION: WHITE - CLASSIFICATION    CANARY - OFFENDER RECORD
GOLDENROD - CENSORSHIP COMMITTEE

DIVISION OF ADULT INSTITUTIONS
SOUTH CENTRAL CORRECTIONAL CENTER
APPEAL RESPONSE

TO:   Patrick Edmonds   #1115819

VS:   SCCC

LOG #:  SCCC-09-1516

CATEGORY:   2 - Activities

DATE:   August 25, 2009

I am in receipt of your appeal dated 08-18-09 regarding your complaint your August 2009 publication of Easyriders no. 434 was censored. You contend it does not meet the criteria of the clear and present danger test. You challenge this censorship and the regulation prohibiting you from having the poster. You feel they should just remove the poster and give you the rest of the magazine. You request the publication be returned to you.

Your complaint and pertinent information have been reviewed. This publication has been reviewed by the MDOC Legal Department. It has been determined the material contains unauthorized property which could endanger or threaten institutional security. Your requested remedy will not be forthcoming at this time.

Appeal denied.

08-21-09
DATE
RECEIVED

08-25-09
DATE
REVIEWED

DWAYNE V. KEMPKER
DEPUTY DIVISION DIRECTOR
DIVISION OF ADULT INSTITUTIONS

DK:gc

687



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

_P-1_

INSTITUTION
**SCCC**

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, PAT** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**Contains a Poster**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **07/23/09** |

TITLE
**Easyriders**

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **September-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Issue No. 435** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| _Serena Balling_ | 7-23-09 |
| COMMITTEE MEMBER | DATE |
| _signature_ | 7-23-09 |
| COMMITTEE MEMBER | DATE |

(688)

DIVISION OF ADULT INSTITUTIONS
SOUTH CENTRAL CORRECTIONAL CENTER
APPEAL RESPONSE


TO:   Patrick Edmonds  #1115819

VS:   SCCC

LOG #:  SCCC-09-1835

CATEGORY:   2 - Activities

DATE:    October 1, 2009


I am in receipt of your appeal dated 09-21-09 regarding your complaint your September,
2009 publication of Easyriders no. 435 was censored. You challenge this censorship and
the regulation prohibiting you from having the poster. You contend you should be
allowed to view the poster in order to challenge the findings of the censorship committee.
You request the publication be returned to you.

Your complaint and pertinent information have been reviewed.  This publication has been
reviewed by the MDOC Legal Department.  It has been determined the material contains
unauthorized property which could endanger or threaten institutional security. Your
requested remedy will not be forthcoming at this time.

Appeal denied.


09-28-09                   10-01-09
DATE                       DATE               DWAYNE V. KEMPKER
RECEIVED                   REVIEWED           DEPUTY DIVISION DIRECTOR
                                              DIVISION OF ADULT INSTITUTIONS

DK:gc

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
## CENSORSHIP NOTIFICATION

| INSTITUTION | | |
|---|---|---|
| **SCCC** | | |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**#1-Promotes violence, disorder or the violation of state or federal law including inflammatory material. (throughout) Page 54-73**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **National Geographic Society** | **04/29/10** |

| TITLE | |
|---|---|
| **National Geographic** | |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **May-10** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **Claudia Malley** | **Vol 217, NO 5** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| _Jucena Balling_ | 4-30-10 |
| COMMITTEE MEMBER | DATE |
| | 4-30-10 |
| COMMITTEE MEMBER | DATE |

(690)

**INFORMAL RESOULUTION REQUEST**

SCCC   10   1145

DA~   05/~

*Q-2*

| INMATE LAST NAME | FIRST NAME | DOC NUMBER | CATEGORY |
|---|---|---|---|
| EDMONDS | Patrick | 1115819 | 2 |

_____ **EMERGENCY IRR**      __x__ **GRIEVABLE ISSUE**      _____ **NON-GRIEVABLE ISSUE**

**RESPONSE AND JUSTIFICATION**

Your IRR has been received and reviewed. You contend the censoring of the National Geographic Magazine May 2010 – Page 53 to 74 on the grounds it promotes violence is wrong.

A review of your complaint indicates that this item was censored appropriately and in accordance with IS 13-1.1 Offender Mail Procedures. At this time, you have failed to provide evidence to substantiate your claim that the item was wrongly confiscated.

IRR DENIED.

_Erik Heo (?)_
INVESTIGATING STAFF SIGNATURE

5-27-10
DATE

_Missy Wade_
RESPONDENT SIGNATURE

5-27-10
DATE

REVIEW SIGNATURE

6-2-10
DATE

_/_ APPROVED          _____ DISAPPROVED



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

INSTITUTION
**SCCC**

*R-1*

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | *the Dept's Paper work is more cumbersome than removing items* | |

The Censorship Committee has reviewed material sent to you. Purs~~~~ conclude that the security of this institution will be at risk if the material is delivered to you with~~ ~~is institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:
**Contains a poster**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **National Geographic Society** | **03/31/10** |

TITLE
**National Geographic**

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **April-10** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **Claudia Malley** | **Vol 217, NO 4** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *Irena Balling* | *4-1-10* |
| COMMITTEE MEMBER | DATE |
|  | *4-1-10* |
| COMMITTEE MEMBER | DATE |
| (692) |  |

MO 931-3485 (1-01)

DISTRIBUTION: WHITE - CLASSIFICATION FILE;   CANARY - OFFENDER   PINK - CENSORED MATERIAL   GOLDENROD - CENSORSHIP COMMITTEE



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**CENSORSHIP NOTIFICATION**

R-2

| INSTITUTION | SC |
|---|---|

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**#2-Portray explicit sex acts; sadistic sex acts; or sex acts in violation of state or federal law.**
**(throughout) Page 4, 100, 134, 138**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Curtis Circulation Co** | **03/30/10** |

| TITLE |
|---|
| **Penthouse** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **April-10** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **General Media Communications** | **Vol 41, NO 8** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| | 3-31-10 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | 3-30-10 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | |

693



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

*R-3*

INSTITUTION
S

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**#2-Portray explicit sex acts; sadistic sex acts; or sex acts in violation of state or federal law.**
**(throughout) Page 104, 120-123**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Curtis Circulation Co** | **03/01/10** |

TITLE
**Penthouse**

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **March-10** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **General Media Communications** | **Vol 41, NO 7** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *[signature]* | 3.2-10 |
| COMMITTEE MEMBER *[signature]* | 3-2-10 |
| COMMITTEE MEMBER *[signature]* | DATE |

694

MO 931-3485 (1-01)

DISTRIBUTION: WHITE - CLASSIFICATION FILE   CANARY - OFFENDER   PINK - CENSORED MATERIAL
**GOLDENROD - CENSORSHIP COMMITTEE**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

R-4

| INSTITUTION |
|---|
| **SCCC** |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);
2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;
3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;
4. provides information on how to obtain any prohibited publication; or
5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:
**Contains a Poster.**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **11/02/09** |

| TITLE |
|---|
| **V-Twin** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **December-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Vol 9, NO 104** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *[signature]* | 11-2-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| *[signature]* | 11-2-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | |

(695)

MO 931-3485 (1-01)   DISTRIBUTION: WHITE - CLASSIFICATION FILE; CANARY - OFFENDER; PINK - CENSORED MATERIAL;
GOLDENROD - CENSORSHIP COMMITTEE



R-5

STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

| INSTITUTION |
|---|
| **SCCC** |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

~~Contains a Poster~~

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **11/18/09** |

| TITLE |
|---|
| **Easyriders** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **January-10** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Vol 40, NO 439** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *Joh Kose* | 11-15-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| *[signature]* | 1-19-09 |

| COMMITTEE MEMBER | DATE |
|---|---|
| | |

(696)

MO 931-3485 (1-01)   DISTRIBUTION: WHITE · CLASSIFICATION FILE   CANARY · OFFENDER   PINK · CENSORED MATERIAL
GOLDENROD · CENSORSHIP COMMITTEE



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

| INSTITUTION | *R-6* |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:

**#2-Portray explicit sex acts; sadistic sex acts; or sex acts in violation of state or federal law.**

**(throughout) Page 6, 55, 121**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Curtis Circulation Co** | *23* **11/05/09** |

| TITLE |
|---|
| **Penthouse** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **December-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **General Media Communications** | **Vol 41, NO 4** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *Terrena Gallage* | *11-24-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| *John Roper* | *11-24-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| (697) | |

MO 931-3485 (1-01)   DISTRIBUTION: WHITE - CLASSIFICATION SUMMARY   OFFENDER   PINK - CENSORED MATERIAL
**GOLDENROD - CENSORSHIP COMMITTEE**



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

| INSTITUTION |
|---|
| **SCCC** |

*R-7*

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);

2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;

3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;

4. provides information on how to obtain any prohibited publication; or

5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:
**Contains a Poster.**

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **09/18/09** |

| TITLE |
|---|
| **Easyriders** |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **November-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Vol 39, NO 437** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *Terrena Bellway* | *9-18-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| | *9-21-09* |

| COMMITTEE MEMBER | DATE |
|---|---|
| | |

(698)



STATE OF MISSOURI
DEPARTMENT OF CORRECTIONS
**CENSORSHIP NOTIFICATION**

R-8

| INSTITUTION | |
|---|---|
| **SCCC** | |

| OFFENDER NAME | DOC NUMBER | HOUSING UNIT |
|---|---|---|
| **EDMONDS, Patrick** | **1115819** | **3C-242** |

The Censorship Committee has reviewed material sent to you. Pursuant to our review of this material, we conclude that the security of this institution will be at risk if the material is delivered to you within this institution because the material:

1. promotes violence, disorder or the violation of state or federal law including inflammatory material based on race or religion (photos or pictures which simply display firearms are not prohibited);
2. contains explicit sex acts, sadistic sex acts, bondage or sex acts in violation of state or federal law;
3. provides technical information on the design, construction, purchase or use of any instrument or device which could endanger institutional security or safety;
4. provides information on how to obtain any prohibited publication; or
5. is correspondence which appears to be written in code.

THIS CONCLUSION IS BASED UPON THE FACT THAT THE MATERIAL CONTAINS:
~~Contains a poster.~~

| MATERIAL SENT BY | DATE RECEIVED |
|---|---|
| **Paisano Publications, LLC** | **08/27/09** |

| TITLE | |
|---|---|
| **Easyriders** | |

| AUTHOR | PUBLICATION DATE |
|---|---|
| **Various** | **October-09** |

| PUBLISHER | SERIES/VOLUME NUMBER |
|---|---|
| **John M. Lagana** | **Vol 39, No 436** |

| COMMITTEE CHAIRPERSON | DATE |
|---|---|
| *Jenni Ballenger* | 8-27-09 |
| COMMITTEE MEMBER | DATE |
| | 8-27-09 |
| COMMITTEE MEMBER | DATE |
| | |

(699)

MO 931-3485 (1-01)     DISTRIBUTION: WHITE - CLASSIFICATION CANARY - OFFENDER PINK - CENSORED MATERIAL
GOLDENROD - CENSORSHIP COMMITTEE

Case 6:07-cv-03298-GAF   Document 60-2   Filed 06/18/10   Page 21 of 25



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**SOUTH CENTRAL CORRECTIONAL CENTER**

**INTER-OFFICE COMMUNICATION**

**TO:**     All HU 3&4 Offenders

**FROM:**   *M. Wade*
           M. Wade, FUM

**DATE:**   June 2, 2009

**RE:**     **Cell Arrangement Enforcement**

Effective immediately, the cell arrangement must be strictly enforced. Everyone must be in compliance with the cell arrangement diagram located in the Offender Information Guide. The only exceptions granted must have an approval letter from the Functional Unit Manager or Medical.

There is also too much contraband on the walls. This is a reminder that General Offender Institutional Rules SOP 19-1.1 #20, "Each offender will be allowed to purchase (4) four hooks from canteen. Only 4 hooks per offender will be placed on the wall of the offender's assigned cell. Except for the hooks, offenders will not attach anything to walls, furniture, vents, windows, window sills, ledges, or tops of appliances unless authorized in writing," must be followed.

Any Items placed at the bottom of the cell doors are a fire and safety issue and will be considered contraband. No clothes lines are allowed.

Cc:   Michele Buckner, Asst. Warden
      Classification Staff
      HU 3&4 COII's
      HU 3&4 Bubbles
      File

700

# SOUTH CENTRAL CORRECTIONAL CENTER

S-2

## GENERAL OFFENDER INSTITUTIONAL RULES

1. No communicating by telephone or mail with any staff member without authorization of the superintendent/designee with the exception of routine offender-to-staff correspondence pertaining to business.

2. Wearing of sunglasses inside buildings is prohibited except when there is a documented medical reason. Sunglasses will be worn outside in daylight hours only unless there is a documented medical reason.

3. No loitering or lingering during movement windows.

4. Failure to abide by any posted rule (s) is prohibited.

5. No wasting of resources. This includes, but is not limited to, letting water run, leaving light on, or leaving radios or appliances running in cell when not present or not needed.

6. Cell door will remain shut at all times in the housing unit with the exception of open windows. When an offender exits the cell, the cell door will remain secured until the next open window. If an offender needs to use the facilities, he may enter his cell but he cannot exit again until the next open window. It is the offender's responsibility to secure this cell door at all times.

7. No sitting on, or having feet on any furniture, walls, doors, or item not intended for that purpose, to include stairs and/or railings.

8. Failure to maintain a moderate tone of voice in any area is prohibited. This includes outdoors. (no yelling)

9. Failure to utilize headphones when operating a radio, television or tape/cd player is prohibited. Offenders must maintain volume so as not to be heard by others.

10. No cutting in line/bypassing other offenders already waiting in any area.

11. No eating/drinking in any unauthorized area, to include canteen items consumed in any area other than offender's assigned cell/cubicle.

12. No flushing of any inappropriate item down any sink or toilet.

13. Using state forms, materials and equipment for personal correspondence/use is prohibited.

14. Use of first name or nicknames when referring to any staff member is prohibited. You will address staff in a proper manner using either their title or Mr./Ms.

15. Asking any staff member for personal items, (i.e. cigarettes, etc.) will not be allowed. No entry into any staff person's office or other unauthorized area without permission from that staff person. Offender's will not stalk or become involved with staff for any purpose which is in conflict with the performance of their duties.

16. Fund manipulation: directly or indirectly transferring money or other negotiable instrument to another except as specifically authorized is not permitted. Funds for withdrawal will be allowed to be sent out only to immediate family as documented in file material and the Request for Withdrawal of Offender's Personal Funds form will be used.

17. Any type of payment to, and/or receiving funds from, offenders for their services, (i.e., legal aid, barber shop, etc.) is prohibited.

18. When being pat searched, either during cell searches or during any other searches, the offender will not attempt to interfere or distract staff during searches. Nor will any other offender present do so.

19. All offenders are required to answer intercom pages and to keep all published and/or verbal appointments with staff. It will be the offender's responsibility to report to work, meals, call outs, etc., as scheduled.

20. Each offender will be allowed to purchase (4) four hooks from canteen. Hooks will be placed on the wall of offenders assigned cell.

21. Offenders will not attach anything to walls, furniture, vents, windows, window sills, ledges or tops of appliances unless authorized in writing.

22. Cell/cubicle alteration: Making unauthorized changes in living quarters is prohibited.

23. Offenders will maintain all areas, including day room and activity areas, in a clean, neat, and orderly condition. Offenders will keep beds made, floors clean, excessive trash removed, etc.

24. Reckless, careless, or dangerous behavior, likely to cause injury or hazardous conditions, is prohibited, (i.e., horseplay, martial arts)

25. There will not be any writing, distribution or possession with intent to distribute, any motto, creed, saying, drawing, or gang related material within the offender population which is designed to disrupt the institution by encouraging strikes, riots, fights, racial or religious hatred, or prohibited acts.

26. Offenders will check in and out with Housing Unit Control Officer when leaving or returning to housing unit. Movement to more than one destination without first returning to the assigned housing unit for a new pass is prohibited.

27. Offenders will carry nothing to and from the cell/cubicle/housing unit unless authorized by staff.

28. Open wing movement/cell visitation or lingering in front of or in the cells, lingering or sitting on stairs is prohibited. Upper walk is for access to cells only. More than one offender in a shower is prohibited.

29. Emergency button: Using for any purpose other than to alert officer of a medical emergency or fire is prohibited.

30. Personal laundering of linens is prohibited unless authorized in writing. Offenders are responsible for knowing the laundry schedule of their housing unit and for keeping bedding and clothing clean and in good repair. Offenders are responsible for informing staff promptly of any lost/missing laundry. Clotheslines of any kind will be prohibited.

31. There will be no tampering with security seals applied to appliances by institutional personnel.

32. Offenders will wear proper identification at all times on upper right chest area. Lost I.D. cards must be reported in writing immediately to the housing unit staff and replaced at the offender's expense. Offenders must have a valid identification card in their possession at all times and will present it to any employee of the Missouri Department of Corrections or contracted employee, immediately upon being requested to do so.

33. Clothing: When going to and from the shower, the minimum clothing permitted will be boxers and shower shoes. No nudity allowed unless in the shower. Clothing will be properly worn and fastened at all times. Shirt may be removed inside the housing unit when T-shirt is worn. Clothing will not be worn in such a manner that underwear is visible. Nor will clothing be worn in such a manner that it could be utilized to identify the offender as a gang member. No sleepwear will be worn in the wings at any time. Recreational clothing may be worn in the wing during open wing recreation; i.e. Sweats. Shower shoes may be worn in the wings but not outside of the housing unit. Socks must be worn when wearing shower shoes, except to and from the shower.

702



34. Offenders are responsible for securing their personal and state issued property against theft or damage. The institution will not be responsible for any personal property not under the direct control of staff. The institution is not responsible for personal clothing that is lost or stolen in the institutional laundry.

35. Keep off the grass except in authorized area (ballfield).

36. No cutting or trimming of beards outside of the cell. Personal grooming will only be allowed inside of cells or outside.

37. All three-way calls are prohibited.

38. Wearing of headgear inside buildings is prohibited except inside of cells, religious headgear in the chapel, medically-prescribed headgear and as set out in IS/SOP-1.3 Offender Personal Grooming.

39. No food items are allowed on the housing unit recreation yards. The following canteen items are allowed on the recreation yard.
    a. One (1) deck of playing cards and/or board games
    b. One (1) one reading material
    c. One (1) tumbler/water bottle.
    d. One (1) Walkman/CD
    e. One (1) Comb or pick

40. There will be no transferring of property between offenders under any circumstances, including, but not limited to, loaning, selling, bartering, altering, giving away, receiving, bequeathing, and/or trading personal property, or asking a staff member for any personal item. PIN numbers: A personal Identification Number (PIN) is considered personal property to the extent that offenders will not loan, borrow, sell, or use another offender's PIN number.

41. An offender may not be in any area of any other housing unit, without staff authorization.

42. When the 10:00 p.m. count clears, lights will go out in the general population housing units. Housing unit wing lights only will be turned on at 5:45 a.m. for the 6:00 a.m. count. The 6:00 a.m. count will be announced and it will be the offender's responsibility to turn their cell light <u>ON</u> before count. Lights will remain on until count clears. This excludes housing units 1, 2, and 7.

43. Offenders are allowed to carry religious texts while enroute to and from religious services.

44. Laundry bags and mattresses are housing unit property and remain in the assigned cell.

45. PIN numbers: A Personal Identification Number (PIN) is considered personal property to the extent that offenders will not loan, borrow, sell, or use another offender's PIN number.

46. Offenders will not spit on floors, stairways, sidewalks, or in corridors.

47. Offenders will practice good hygiene by regularly showering, washing hair, etc. All personal hygiene activities will be conducted in the cell/cubicle or in the shower area.

48. Offenders will not remove the iron-on labels containing their name and register number from issued clothing. If labels do come off, it is the responsibility of the offender to notify the housing unit staff and staff will notify clothing issue for replacement.

49. Offenders on medical restriction will adhere to all restrictions noted on the lay-in/medical/duty restriction form.

50. Offenders will not retain/re-use empty canteen containers except those sold by offender canteen for storage purposes.