# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

MICHAEL A. DEAN and PAT EDMONDS, )
                                     )
           Plaintiffs, )
                                     )
          vs. )                Case No. 07-3298-CV-S-GAF-P
                                     )
MICHAEL BOWERSOX, et al., )
                                     )
          Defendants. )

### ORDER DENYING PLAINTIFFS' THIRD MOTION FOR APPOINTMENT OF COUNSEL AND DIRECTING THE PARTIES TO RESPOND

        Having reviewed the record, it is **ORDERED** that plaintiffs' third motion for appointment of counsel (Doc. No. 111) is denied for the same reasons given in the Court's Orders of March 24, 2010 (Doc. No. 84) and March 4, 2011 (Doc. No. 95) denying their two previous such requests. There is no right to counsel in a civil lawsuit for damages such as this case.

        It is further **ORDERED** that, within 20 days from the date of this Order, the parties are directed to inform the Court whether this case is ready to be set for trial.


                                      /s/ *Gary A. Fenner* _____
                                      GARY A. FENNER
                                      UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: September 28, 2012