IN THE UNITED STATES COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MICHAEL A. DEAN and PAT EDMONDS, )
)
         Plaintiffs, )
) Case No.: 07-3298-CV-S-GAF-P
vs. )
)
MICHAEL BOWERSOX, et al., )
)
         Defendants. )

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER

    **COMES NOW**, Plaintiffs Michael A. Dean, and Pat Edmonds, acting pro se, and in response to the Court's Order of September 28, 2012, hereby respectfully inform the court that the case is ready for trial.

Respectfully submitted,

*/s/ Michael Dean*
Michael A. Dean
1102511 W.R.D.C.C.
3405 Faraon St.
St. Joseph, MO 64506

*/s/ Pat Edmonds*
Pat Edmonds
1115819 S.C.C.C.
255 W. Hwy. 32
Licking, MO 65542-9069

Plaintiffs Pro Se

    We the plaintiffs, do hereby swear under penalties of perjury that the content of the foregoing is in fact true and correct to the best of our knowledge and belief.

*/s/ Michael Dean*
MICHAEL A. DEAN

*/s/ Pat Edmonds*
PAT EDMONDS

### CERTIFICATE OF SERVICE

    We further certify and inform the Court that a true and correct copy of the foregoing was mailed via First Class U.S. Mail, postage prepaid and addressed as follows:

1

ATTORNEY GENERAL OF MISSOURI
Fletcher Daniels State Office Building
615 E. 13th St. Ste. 401
Kansas City, MO 64106

_____
MICHAEL A. DEAN

_____
PAT EDMONDS

Pat Edmonds #1110819
South Central Correctional Center
HU. 3D 165
255 West Hwy 32
Licking, Mo. 65542-9069

LEGAL MAIL
MAILED FROM
CONFIDENTIAL
CENTER

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

United States District Court
Western District of Missouri
Kansas City, Mo. 64106
U.S. MARSHALS