UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. DEAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No: 07-3298-CV-S-GAF |
| SUPT. MICHAEL BOWERSOX, et al., | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO COURT ORDER**

Defendants now respond to this Court's order on September 28, 2012. (Doc. No. 112).

Defendants believe this case can be resolved through dispositive motions and request 1) a deadline be set for any dispositive motions before determining whether a trial date is needed, or 2) if the Court desires to set a trial date, a deadline for dispositive motions be included in any scheduling order.

Respectfully submitted,

CHRIS KOSTER
Attorney General

/s/ *Jase C. Carter*

Jase C. Carter
Assistant Attorney General
Mo. Bar No. 63752

1

P.O. Box 899
Jefferson City, MO 65102
Phone (573) 751-3321
Fax (573) 751-9456

ATTORNEYS FOR DEFENDANTS
BALLINGER, BOWERSOX,
BUCKNER, CORNELL,
FAHNESTOCK, FISHER,
HADLEY, KEMNA, KEMPKER,
LEEDER, ROGERS, ROPER,
WADE, AND WILSON

## CERTIFICATE OF SERVICE

I hereby certify on October 18, 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and mailed by United States mail, postage prepaid, to the following person:

Michael A. Dean
#1102311
WRDCC
3401 Faraon St.
St. Joseph, Missouri 64506
*Plaintiff Pro Se*

Pat Edmonds
#1115819
South Central Correctional Center
225 West Highway 32
Licking, Missouri 65542-9069
*Plaintiff Pro Se*

/s/ *Jase C. Carter*
Assistant Attorney General